AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

(1) 21 U.S.C. § 856(a)(2) - Maintaining a place for marijuana cultivation;
(2) 18 U.S.C. § 1956(h) - Conspiracy to launder money
18 U.S.C. § 982 - Forfeiture allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ JESSIE JEFFRIES

DISTRICT COURT NUMBER

CR 09 0276 DTH

PENALTY:
(1) 20 years imprisonment; $500,000 fine; 3 yrs. supervised release; $100 special assessment;
(2) 20 years imprisonment; $500,000 fine; 3 yrs. supervised release; $100 special assessment.

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM  Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (If assigned)  Kirstin M. Ault

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

(1) 21 U.S.C. § 856(a)(2) - Maintaining a place for marijuana cultivation;
(2) 18 U.S.C. § 1956(h) - Conspiracy to launder money
18 U.S.C. § 982 - Forfeiture allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
(1) 20 years imprisonment; $500,000 fine; 3 yrs. supervised release; $100 special assessment;
(2) 20 years imprisonment; $500,000 fine; 3 yrs. supervised release; $100 special assessment.

**DEFENDANT - U.S.**

▶ JORDAN PYHTILA

DISTRICT COURT NUMBER

CR 09 0276   PJH

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Kirstin M. Ault

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

**ORIGINAL**

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
09 MAR 18 A 11: 18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JORDAN PYHTILA, and )<br>JESSIE JEFFRIES, )<br>)<br>Defendants. )<br>)<br>) | CR 09 0276<br><br>VIOLATIONS: 21 U.S.C. § 856(a)(2) –<br>Maintaining a Place for Marijuana<br>Cultivation; 18 U.S.C. § 1956(h) –<br>Conspiracy to Launder Money; and 18<br>U.S.C. § 982 – Forfeiture.<br><br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE (21 U.S.C. § 856(a)(2))

During the calendar year 2003, in the Northern District of California, the defendants,

JORDAN PYHTILA, and
JESSIE JEFFRIES,

did knowingly maintain a place for the purpose of manufacturing marijuana, in violation of 21 U.S.C. § 856(a)(2).

1  COUNT TWO (18 U.S.C. § 1956(h))

2  Beginning at a date unknown, but no later than October of 1999, and continuing until
3  approximately September of 2008, both dates being approximate and inclusive, in the Northern
4  District of California, the defendants,

JORDAN PYHTILA, and
JESSIE JEFFRIES,

did knowingly and intentionally conspire with each other, and with persons known and unknown,
to commit the offense of laundering of monetary instruments, in violation of 18 U.S.C.
§ 1956(a)(1), all in violation of 18 U.S.C. § 1956(h).

FORFEITURE ALLEGATION (18 U.S.C. § 982(a)(1))

1.  The factual allegations contained in Counts One and Two of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1).

2.  Upon a conviction of any of the offenses alleged in Counts One and Two, the defendants,

JORDAN PYHTILA, and
JESSIE JEFFRIES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all right, title and interest in property, real and personal, involved in said violation, or any property traceable to such property, including but not limited to the following:

a. Real property located at 3500 Old Briceland Road, Garberville, California 95542, Humboldt County APN 222-081-004.

b. Promissory Note dated September 25, 2008, for the amount of $945,000 from Rio Del Pilar, LLC, signed by James Cortazar and secured by a Deed of Trust for real property located at Humboldt County APNs 205-031-061, 205-071-035, and 206-071-039.

c. Real property located at 4064 Salmon Creek, Miranda, California, Humboldt County APN 212-091-015.

///

INFORMATION                               -2-

        d.      Real property located at 7155 Road P, Blocksburg, California 95511, Humboldt County APN 217-381-008.

        e.      Real property located at 2475 Bainbridge Street, Eureka, California 95503, Humboldt County APN 013-211-035.

3.    If, as a result of any act or omission of the defendants, any of said property

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to or deposited with, a third person;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty;

any and all interest defendants have in any other property, up to value of the property described in paragraph 2 above, shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1). All in violation of Title 18, United States Code, Sections 982, 1956, and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: 3-10-09

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____)
KIRSTIN M. AULT
Assistant United States Attorney

INFORMATION                     -3-