AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. CR 09-0276 PJH |
| JESSIE JEFFRIES | ) | |
| | ) | |
| *Defendant* | ) | |

FILED
APR 0 8 2009
RICHARD W. W...
CLERK, U.S. DISTRI...
NORTHERN DISTRICT OF...
CALIFORNIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4-8-09

*Defendant's signature*

*Signature of defendant's attorney*

WILLIAM OSTERHOUDT
*Printed name of defendant's attorney*

*Judge's signature*

BERNARD ZIMMERMAN, U.S. MAG. JUDGE
*Judge's printed name and title*