JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-6982
    E-Mail: kirstin.ault@usdoj.gov

Attorneys for the United States of America

**ORIGINAL FILED**

MAY 2 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORDAN PYHTILA and,<br>JESSIE JEFFRIES,<br><br>    Defendants. | No. CR 09-0276 PJH<br><br>CONSENT AND ASSIGNMENT TO FORFEITURE AGREEMENTS |

## Consent and Agreement to Forfeiture

Jacob Jeffries, and the United States, by and through its counsel, Joseph P. Russoniello, United States Attorney, and Kirstin M. Ault, Assistant United States Attorney, do hereby agree to the following:

1. In consideration of the terms of the plea agreements entered into between Jordan Pyhtila and Jessie Jeffries, and the United States in Criminal Case CR 09-0276 PJH, Jacob Jeffries, defendant Jessie Jeffries' brother, agrees and consents to the forfeiture of the property located at 3500 Old Briceland Road, Garberville, California 95542, Humboldt County APN 222-081-004.

2. Jacob Jeffries acknowledges that the property located at 3500 Old Briceland Road, Garberville, California 95542, Humboldt County APN 222-081-004, is subject to forfeiture in the above-referenced criminal case which seeks forfeiture to the United States pursuant to 21 U.S.C. § 853. Jacob Jeffries knows that Jordan Pyhtila and Jessie Jeffries have consented and agreed to the forfeiture of the property located at 3500 Old Briceland Road, Garberville, California 95542, Humboldt County APN 222-081-004, pursuant to their plea agreements under the terms set forth in those agreements.

3. Jacob Jeffries acknowledges that he has been informed and advised of his right to retain counsel of his own choosing to represent him and that he enters into this agreement upon the advice of his own counsel, if he has elected to retain counsel for this purpose.

4. Jacob Jeffries consents to the forfeiture of the property located at 3500 Old Briceland Road, Garberville, California 95542, Humboldt County APN 222-081-004, to the United States pursuant to 21 U.S.C. § 853. Jacob Jeffries further agrees to not contest the criminal, civil or administrative forfeiture proceedings relating to the property located at 3500 Old Briceland Road, Garberville, California 95542, Humboldt County APN 222-081-004. Jacob Jeffries waives notice of all forfeiture proceedings with respect to the properties and waives any and all defenses to such proceedings that may be asserted, including, but not limited to, "innocent owner," "community property," and constitutional defenses, and agrees that judgment may be entered against the property located at 3500 Old Briceland Road, Garberville, California 95542, Humboldt County APN 222-081-004.

**Consent and Agreement to Forfeiture**

Andrea Morris, and the United States, by and through its counsel, Joseph P. Russoniello, United States Attorney, and Kirstin M. Ault, Assistant United States Attorney, do hereby agree to the following:

1. In consideration of the terms of the plea agreements entered into between Jordan Pyhtila and Jessie Jeffries, and the United States in Criminal Case CR 09-0276 PJH, Andrea Morris, defendant Jordan Pyhtila's significant other, agrees and consents to the forfeiture of the property located at 2475 Bainbridge Street, Eureka, California 95503, Humboldt County APN 013-211-035.

2. Andrea Morris acknowledges that the property located at 2475 Bainbridge Street, Eureka, California 95503, Humboldt County APN 013-211-035, is subject to forfeiture in the above-referenced criminal case which seeks forfeiture to the United States pursuant to 21 U.S.C. § 853. Andrea Morris knows that Jordan Pyhtila and Jessie Jeffries have consented and agreed to the forfeiture of the property located at 2475 Bainbridge Street, Eureka, California 95503, Humboldt County APN 013-211-035, pursuant to their plea agreements under the terms set forth in those agreements.

3. Andrea Morris acknowledges that she has been informed and advised of her right to retain counsel of her own choosing to represent her and that she enters into this agreement upon the advice of her own counsel, if she has elected to retain counsel for this purpose.

4. Andrea Morris consents to the forfeiture of the property located at 2475 Bainbridge Street, Eureka, California 95503, Humboldt County APN 013-211-035, to the United States pursuant to 21 U.S.C. § 853. Andrea Morris further agrees to not contest the criminal, civil or administrative forfeiture proceedings relating to the property located at 2475 Bainbridge Street, Eureka, California 95503, Humboldt County APN 013-211-035. Andrea Morris waives notice of all forfeiture proceedings with respect to the property and waives any and all defenses to such proceedings that may be asserted, including, but not limited to, "innocent owner," "community property," and constitutional defenses, and agrees that judgment may be entered against the property located at 2475 Bainbridge Street, Eureka, California 95503, Humboldt County APN 013-211-035.

5. The person or persons who made the arrest or the prosecutor shall not be liable to suit

1 | or judgment on account of such seizures in accordance with Title 28, United States Code, Section
2 | 2465.

3 |     6.    Andrea Morris, her agents or assigns, shall hold and save harmless the United States
4 | of America, its agents and employees, from any and all claims which might result from the forfeiture
5 | of the property located at 2475 Bainbridge Street, Eureka, California 95503, Humboldt County APN
6 | 013-211-035, described herein.

7 |     7.    This agreement constitutes the entire agreement of the parties and relates solely to the
8 | matters described in this agreement.

10 | DATED:

                      KIRSTIN M. AULT
                      Assistant United States Attorney

                      ANDREA MORRIS

(Name of Attorney, if any)

2

State of  California                                    )
County of  Humboldt                                 )

On  May 14, 2009                                                                                                                 before me,
Tia Dimmick                                                               , Notary Public (here insert name and title of the officer),
personally appeared  Andrea Morris,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

```
TIA DIMMICK
COMM. #1721270
NOTARY PUBLIC • CALIFORNIA
HUMBOLDT COUNTY
My Comm. Expires Jan. 27, 2011
```

(notary)(12-07)

## **Consent and Agreement to Forfeiture**

Jean Pyhtila, and the United States, by and through its counsel, Joseph P. Russoniello, United States Attorney, and Kirstin M. Ault, Assistant United States Attorney, do hereby agree to the following:

1. In consideration of the terms of the plea agreements entered into between Jordan Pyhtila and Jessie Jeffries, and the United States in Criminal Case CR 09-0276 PJH, Jean Pyhtila, defendant Jordan Pyhtila's mother, agrees and consents to the forfeiture of the Promissory Note dated September 24, 2008, in the amount of $945,000 from Rio Del Pilar, LLC, signed by James Cortazar and secured by a Deed of Trust for real property located at Humboldt County APN's 205-031-061, 205-071-035, and 206-071-039 (hereinafter the "Promissory Note").

2. Jean Pyhtila acknowledges that the Promissory Note is subject to forfeiture in the above-referenced criminal case which seeks forfeiture to the United States pursuant to 21 U.S.C. § 853. Jean Pyhtila knows that Jordan Pyhtila and Jessie Jeffries have consented and agreed to the forfeiture of the Promissory Note, pursuant to their plea agreements under the terms set forth in those agreements.

3. Jean Pyhtila acknowledges that she has been informed and advised of her right to retain counsel of her own choosing to represent her and that she enters into this agreement upon the advice of her own counsel, if she has elected to retain counsel for this purpose.

4. Jean Pyhtila consents to the forfeiture of the Promissory Note to the United States pursuant to 21 U.S.C. § 853. Jean Pyhtila further agrees to not contest the criminal, civil or administrative forfeiture proceedings relating to the Promissory Note. Jean Pyhtila waives notice of all forfeiture proceedings with respect to the Promissory Note and waives any and all defenses to such proceedings that may be asserted, including, but not limited to, "innocent owner," "community property," and constitutional defenses, and agrees that judgment may be entered against the Promissory Note.

5. The person or persons who made the arrest or the prosecutor shall not be liable to suit or judgment on account of such seizures in accordance with Title 28, United States Code, Section 2465.

6. Jean Pyhtila, her agents or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the forfeiture of the Promissory Note, described herein.

7. This agreement constitutes the entire agreement of the parties and relates solely to the matters described in this agreement.

DATED: April 1, 2009

_____
KIRSTIN M. AULT
Assistant United States Attorney

_____
JEAN PYHTILA

_____
(Name of Attorney, if any)

CA Acknowledgement attached

2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Humboldt__

On __April 1, 2009__ before me, __Janet L. Sanchez, Notary Public__,
  Date                                    Here Insert Name and Title of the Officer

personally appeared __Jean Pyhtila__
                                  Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Janet L. Sanchez__
                    Signature of Notary Public

[Notary Seal: JANET L. SANCHEZ, Commission # 1741504, Notary Public - California, Humboldt County, My Comm. Expires Apr 24, 2011]

Place Notary Seal Above

——————————— OPTIONAL ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Consent and Agreement to Forfeiture - RE Jorden Pyhtila and Jessie Jeffries__

Document Date: __4-1-2009__        Number of Pages: __2__

Signer(s) Other Than Named Above: __Kirstin M. Ault, Assistant U.S. Attorney__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: __Jean Pyhtila__
☑ Individual
☑ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: __Self__

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

## Consent and Agreement to Forfeiture

Natasha Carrico, and the United States, by and through its counsel, Joseph P. Russoniello, United States Attorney, and Kirstin M. Ault, Assistant United States Attorney, do hereby agree to the following:

1. In consideration of the terms of the plea agreements entered into between Jordan Pyhtila and Jessie Jeffries, and the United States in Criminal Case CR 09-0276 PJH, Natasha Carrico, a friend of the defendants, agrees and consents to the forfeiture of the property located at 7155 Road P, Blocksburg, California 95511, Humboldt County APN 217-381-008.

2. Natasha Carrico acknowledges that the property located at 7155 Road P, Blocksburg, California 95511, Humboldt County APN 217-381-008, is subject to forfeiture in the above-referenced criminal case which seeks forfeiture to the United States pursuant to 21 U.S.C. § 853. Natasha Carrico knows that Jordan Pyhtila and Jessie Jeffries have consented and agreed to the forfeiture of the property located at 7155 Road P, Blocksburg, California 95511, Humboldt County APN 217-381-008, pursuant to their plea agreements under the terms set forth in those agreements.

3. Natasha Carrico acknowledges that she has been informed and advised of her right to retain counsel of her own choosing to represent her and that she enters into this agreement upon the advice of her own counsel, if she has elected to retain counsel for this purpose.

4. Natasha Carrico consents to the forfeiture of the property located at 7155 Road P, Blocksburg, California 95511, Humboldt County APN 217-381-008, to the United States pursuant to 21 U.S.C. § 853. Natasha Carrico further agrees to not contest the criminal, civil or administrative forfeiture proceedings relating to the property located at 7155 Road P, Blocksburg, California 95511, Humboldt County APN 217-381-008. Natasha Carrico waives notice of all forfeiture proceedings with respect to the property and waives any and all defenses to such proceedings that may be asserted, including, but not limited to, "innocent owner," "community property," and constitutional defenses, and agrees that judgment may be entered against the property located at 7155 Road P, Blocksburg, California 95511, Humboldt County APN 217-381-008.

5. The person or persons who made the arrest or the prosecutor shall not be liable to suit or judgment on account of such seizures in accordance with Title 28, United States Code, Section

2465.

6. Natasha Carrico, her agents or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the forfeiture of the property located at 7155 Road P, Blocksburg, California 95511, Humboldt County APN 217-381-008, described herein.

7. This agreement constitutes the entire agreement of the parties and relates solely to the matters described in this agreement.

DATED: 4-3-09

_____
KIRSTIN M. AULT
Assistant United States Attorney

_____
NATASHA CARRICO

_____
(Name of Attorney, if any)

2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Humboldt__

On __April 3, 2009__ before me, __Ember Lynne Meserve, Notary Public__,
      Date                                                     Here Insert Name and Title of the Officer

personally appeared __Natasha Carrico__
                                         Name(s) of Signer(s)

[Notary Seal: EMBER LYNNE MESERVE, Commission # 1628885, Notary Public - California, Humboldt County, My Comm. Expires Dec 11, 2009]

Place Notary Seal Above

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __[signature]__
               Signature of Notary Public

──────────── **OPTIONAL** ────────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: __Consent and Agreement to forfeiture__

Document Date: __04-03-09__     Number of Pages: __2__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER — Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER — Top of thumb here