LAW OFFICES OF
# William L. Osterhoudt
135 BELVEDERE STREET
San Francisco, California 94117
Telephone: (415) 664-4600
Facsimile: (415) 664-4691

October 30, 2009

The Honorable Phyllis J. Hamilton,
United States District Court Judge
Northern District of California
1301 Clay Street
Oakland, CA  94612

      Re:    *United States v. Jessie Jeffries,* **CR 09-0275 PJH**

Dear Judge Hamilton:

      During the sentencing hearing for Mr. Jeffries on October 28, 2009, I initially requested that the Court recommend to the Bureau of Prisons that Mr. Jeffries be designated to the Camp at Lompoc, California for service of his sentence.  The prosecutor, Ms. Ault, was kind enough to suggest that such a recommendation could result in the defendant being confined in another location, perhaps further from his residence or even out of state, if the Lompoc Institution was full.  Thereafter I modified my request to ask that the Court recommend to the Bureau a Camp designation as close to the defendant's (Northern California) residence as practicable.

      I appreciate the Court's consideration in entertaining such a request, and Ms. Ault's thoughtful caution.  However, upon reflection and having discussed the matter with Mr. Jeffries since his incarceration on Wednesday afternoon, I would respectfully ask that the Court include the Lompoc Camp recommendation in its judgment and commitment order.  We understand that there is a risk that there will not be immediate openings at Lompoc Camp, but feel that the Bureau will make a good faith attempt to implement the Court's recommendation and that eventually, if not immediately, the defendant will be placed at that institution.

      Once again, I am grateful for the Court's consideration in this matter.

      Very truly yours,

      /s/  William L. Osterhoudt
      William L. Osterhoudt